AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

IN RE HURRICANE SANDY CASES

OCEANA CONDOMINIUM NO. FOUR and
OCEANA CONDOMINIUM NO. EIGHT,

*Plaintiff(s)*

v.  Civil Action No.  14-cv-3041

WILLIAM CRAIG FUGATE, IN HIS OFFICIAL
CAPACITY AS ADMINISTRATOR OF THE
FEDERAL EMERGENCY MANAGEMENT AGENCY,
COOPER SQUARE REALTY, INC. TM ROSS INSU

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WILLIAM CRAIG FUGATE, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF
THE FEDERAL EMERGENCY MANAGEMENT AGENCY
500 C street
SW Washington, DC 20472

AND SEE ATTACHED RIDER TO SUMMONS FOR ADDITIONAL DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Wilkofsky, Friedman, Karel & Cummins
299 Broadway, Suite 1700
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

**Rider to Summons**

COOPER SQUARE REALTY, INC.
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, N.Y. 12231-0001

TM ROSS INSURANCE BROKERAGE, LLC
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, N.Y. 12231-0001

TODD M. ROSS
475 Park Avenue South, 9th Flr.
New York, NY 10016

FS INSURANCE BROKERS OF NEW YORK, LLC
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, N.Y. 12231-0001

FS INSURANCE BROKERS, INC.
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, N.Y. 12231-0001

FS INSURANCE BROKERS OF NEW YORK, LLC
d/b/a FS INSURANCE BROKERS OF NY, LLC
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, N.Y. 12231-0001

FS INSURANCE BROKERS, INC.
d/b/a FS INSURANCE BROKERS OF NY, LLC
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, N.Y. 12231-0001

```
FS INSURANCE BROKERS, LLC
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, N.Y. 12231-0001

FS INSURANCE BROKERS, LLC d/b/a
FS INSURANCE BROKERS OF NY, LLC
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, N.Y. 12231-0001

ARTHUR J. GALLAGHER RISK
MANAGEMENT SERVICES, INC.
c/o Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, N.Y. 12231-0001
```

2