Theodore I. Brenner, Esq. (VSB#17815)
**Brenner, Evans & Millman, P.C.**
411 E. Franklin St., Ste. 200
P.O. Box 470
Richmond, VA  23218
Tel.: 804-644-1300; Fax: 804-644-1354
Email:  tbrenner@beylaw.com
Counsel for Defendant, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**----------------------------------------------------------X**
**OCEANA CONDOMINUM NO. FOUR**
**AND OCEANA CONDOMINIUM NO. EIGHT,**

        **Plaintiff,**        Case No. 1:14-cv-03041-SLT-MDG

vs.

        **FED. RULE CIV. P.**
        **41(A)(1)(a)(ii) DISMISSAL**
        **ORDER**

**WILLIAM CRAIG FUGATE, In His Official Capacity as Administrator of the FEDERAL EMERGENCY MANAGEMENT AGENCY, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY d/b/a WRIGHT NATIONAL FLOOD INSURANCE COMPANY, WRIGHT NATIONAL FLOOD INSURANCE COMPANY, COOPER SQUARE REALTY, INC., TM ROSS INSURANCE BROKERAGE, LLC, TODD M. ROSS, FS INSURANCE BROKERS OF NEW YORK, LLC, FS INSUANCE BROKERS, INC., FS INSURANCE BROKERS OF NEW YORK, LLC d/b/a FS INSURANCE BROKERS OF NY, LLC, FS INSURANCE BROKERS, INC. d/b/a FS INSURANCE BROKERS OF NY, LLC AND ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.,**

        **Defendant.**

Come now the Plaintiffs, Oceana Condominium No. Four and No. Eight, through its attorney of record, Wilfofsky, Friedman, Karel & Cummins and Fidelity National Property and Casualty Insurance Company d/b/a Wright National Flood Insurance Company, Wright National Flood Insurance Company, through its attorney of record, Theodore I. Brenner, and pursuant to Fed Rule Civ. P. 41(a)(1)(A)(ii) do hereby dismiss this action as against Fidelity National Property and Casualty Insurance Company only, with prejudice and with each party bearing their own respective costs and expenses. This action continues as against the remaining defendants both in this action, as well those in the state court action currently pending the Supreme Court of New York County.

This the 14th day of August, 2015

By: _/s/ Roman Rabinovich_
Roman Rabinovich, Esq.
Wilfofsky, Friedman, Karel & Cummins
299 Broadway, Ste. 1700
New York, NY 10007
*Counsel for Plaintiff*

By: _/s/ Patrick Brophy_
Patrick Brophy, Esq.
McMahon, Martine & Gallagher, LLP
55 Washington Street
Brooklyn, NY 11201
*Counsel for Defendant*

By: _/s/ Theodore I. Brenner_
Theodore I. Brenner, Esq.
Brenner, Evans & Millman, P.C.
411 E. Franklin St., Suite 200
P.O. Box 470
Richmond, VA 23218
*Counsel for Defendant*

**SO ORDERED:**